IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| MICHAEL TOOD GILL, TDCJ-CID No. 01542636,<br><br>Plaintiff,<br><br>v.<br><br>AARON WESCOTT, *et al.*,<br><br>Defendants. | 2:24-CV-081-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS**

Before the Court are the Findings, Conclusions, and Recommendations of the United States Magistrate Judge to deny the Motion to Dismiss filed by Defendants Alexander Wilson and James Tucker ("Defendants"). ECF No. 29. No objections to the Findings, Conclusions, and Recommendations have been filed. After making an independent review of the pleadings, files, and records in this case, the District Judge concludes that the Findings, Conclusions, and Recommendations of the Magistrate Judge are correct. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendations of the Magistrate Judge are **ADOPTED** and Defendants' Motion for Summary Judgment on Qualified Immunity is **DENIED**.

**SO ORDERED**.

July 11, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE